| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID D. LESHNER |
| | Assistant United States Attorney |
| 3 | Federal Office Building |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-7163 |
| 5 | Email: david.leshner@usdoj.gov |
| 6 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0084-H |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| CARLOS FLORES (1), | ) | |
| | ) | |
| VANESSA HARO-ORTEGA (2), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

None

/ / /

/ / /

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4    association):

5    <u>Name</u>

6    None

7    Please call me at the above-listed number if you have any questions about this notice.

8

9    DATED: January 15, 2008                Respectfully submitted,

10                                          KAREN P. HEWITT
                                            United States Attorney
11
                                            /s/ David D. Leshner
12                                          _____
                                            DAVID D. LESHNER
13                                          Assistant United States Attorney

14                                          Attorneys for Plaintiff
                                            United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-CR-0084-H |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| CARLOS FLORES (1), | |
| VANESSA HARO-ORTEGA (2), | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Martin Molina**

*Lead Attorney for Defendant Carlos Flores*

**Steven Peterson**

*Lead Attorney for Defendant Vanessa Haro-Ortega*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008.

/s/ David D. Leshner
DAVID D. LESHNER

3