1   Martin G. Molina (California Bar No. 176934)
    LAW OFFICE OF MARTIN G. MOLINA
2   185 West "F" Street
    Suite 100
3   San Diego, California 92101
4   Telephone:  (619) 232-0620
    Facsimile:   (619) 233-4145
5
6   CJA Attorney for Defendant
    CARLOS FLORES
7

8

9                   UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11                      (Hon. Marilyn L. Huff)

12

13   UNITED STATES OF AMERICA,          )   CASE NO.  08 CR 0084 H
                                        )
14                       Plaintiff,     )   JOINT MOTION FOR
          vs.                           )   CONTINUANCE OF
15                                      )   ACCEPTANCE OF PLEA AND
                                        )   SENTENCING HEARING
16   CARLOS FLORES,                     )
                                        )
17                                      )   Current Date: April 28, 2009
                         Defendant.     )   Time:  9:00 a.m.
18                                      )
19   _____)   Prop. Date: July 21, 2008

20
          NOW COMES Defendant, Carlos Flores, by and through counsel, Martin G. Molina,
21
    and Plaintiff, the United States of America, by and through counsel, David Leshner, and herein
22
    jointly request this Court to continue the acceptance of plea and sentencing hearing currently
23
    set for April 28, 2009 at 9:00 a.m., to July 21, 2008 at 9:00 a.m. Defendant is presently in
24
    custody.
25
          Furthermore, the parties agree and stipulate that the time between April 28, 2009 and
26
    July 21, 2008 is excludable under the Speedy Trial Act.
27

28

                                1                         08 CR 0084 H

1

2 Dated: April 21, 2008

3

4

5 By: /s/ *Martin G. Molina*

6 Martin G. Molina
mmolinaesq@yahoo.com

7 CJA Attorney for Defendant
CARLOS FLORES

8

9

10

Dated:  April 21, 2008

11

12

13

By: /s/ David Leshner_____

14 DAVID LESHNER
Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28