UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08 CR 0084 H |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| | ) | |
| CARLOS FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I hereby certify that on today's date, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing and a copy of such filing to the following:

David Leshner--
david.leshner@usdoj.gov

Date: April 21, 2008

By: /s/ Martin G. Molina
Martin G. Molina

08 CR 0084 H