UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>CARLOS FLORES, [01]<br><br>           Defendant. | CASE NO. 08 CR 0084 H<br><br>ORDER GRANTING JOINT<br>MOTION FOR CONTINUANCE<br>SENTENCING HEARING |

GOOD CAUSE EXISTING, THE COURT ORDERS that Defendant's acceptance of plea and sentencing hearing be continued from April 28, 2008 to **July 21, 2008 at 9:00 a.m.**

FURTHERMORE, THE COURT ORDERS that the time between April 28, 2008 and July 21, 2008 be excluded under the provisions of the Speedy Trial Act. The defendant is in custody.

IT IS SO ORDERED.

Date: April 22, 2008

HON. MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

08 CR 0084 H